# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GERMAINE R RUDDICK,**

    *Plaintiff*,

v.                                                                CASE NO.:  4:20cv426-MW/HTC

**FLORIDA DEPARTMENT OF CORRECTIONS,**

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 2. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is DISMISSED WITHOUT PREJUDICE because Plaintiff is a three-striker under 28 U.S.C. § 1915(g)." The Clerk shall also close the file.

SO ORDERED on October 3, 2020.

                                                     s/Mark E. Walker
                                                     Chief United States District Judge